## BARRETT *v.* BARRETT.

HOLDEN, J. 1. An application for temporary alimony is amendable by adding a prayer for the allowance of attorney's fees.

2. Under the evidence in this case, the rendition of the judgment for alimony and attorney's fees by the trial judge was not an abuse of his discretion.           *Judgment affirmed. All the Justices concur.*

Submitted February 14.—Decided March 26, 1908.

Petition for alimony. Before Judge Pendleton. Fulton superior court. December 27, 1907.

*Daley & Chambers,* for plaintiff in error.
*Arminius Wright* and *C. A. Cunningham,* contra.